AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

241 14th Place. N.E.
Washington, DC 20002

**FILED**
JAN 0 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER: 06 - 005M-01

(Further described below)

I __James M. Smith__ being duly sworn depose and say:

I am a(n) __Postal Inspector with the United States Postal Service__ and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)
241 14th Place, N.E. Washington, DC 20002
A two story above ground brick structure. A white awning covers the entrance supported by brick columns. The entrance has a black rod iron security storm door with a white exterior door behind it. To the right of the front entrance the numbers "241" are affixed to white door frame.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
As morefully described in Attachment B of Affidavit.

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

concerning a violation of Title __18__ United States Code, Section(s) __§ 1341__. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

Anthony Alexis
FMC 4826
(202) 514-9416

Signature of Affiant
James M. Smith, Postal Inspector
United States Postal Service

Sworn to before me, and subscribed in my presence

JAN 0 5 2006                            at Washington, D.C.
Date
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer            Signature of Judicial Officer