AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

241 14th Place. N.E.
Washington, DC 20002

**SEARCH WARRANT**

CASE NUMBER: 06 - 005M-01

TO: __James M. Smith__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Postal Inspector James M. Smith__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

241 14th Place, N.E. Washington, DC 20002
A two story above ground brick structure. A white awning covers the entrance supported by brick columns. The entrance has a black rod iron security storm door with a white exterior door behind it. To the right of the front entrance the numbers "241" are affixed to white door frame.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

As morefully described in Attachment B of Affidavit.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before __January 13, 2006__
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JAN 05 2006 @ 12:15 PM at Washington, D.C.
Date and Time Issued

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 01/05/06 | 1/12/06  12:15pm | Paula Woodward |

INVENTORY MADE IN THE PRESENCE OF   JOE NESTRO

## INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attached 2 pages describing Search Warrant Inventory.

**FILED**

JAN 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature: Joe E. Nestro Jr.]*

Subscribed, sworn to, and returned before me this date.

*[signature]*   1-18-06

U.S. Judge or U.S. Magistrate Judge   Date

# UNITED STATES POSTAL INSPECTION SERVICE

# SEARCH WARRANT INVENTORY

The following list constitutes an official inventory of items seized from 241 14th Pl NE Washington, DC 20002
(NAME / ADDRESS / DESCRIPTION OF PREMISES, VEHICLE, PERSON)

on 1/12/2006 at 4:30 AM/PM as a result of a search warrant issued by the U.S. District Court, Washington DC, District of Columbia
Case No. 06-005M-01

ITEM # _____
- Primary Location: Masterbedroom - Top shelf of hutch
- Specific Location: Plastic bag with loose leafy substance, Plastic bag with loose
- Description: leafy substance and 4 rolled papers with leafy substance

ITEM # _____
- Primary Location: Upstairs back room
- Specific Location: Wood dresser
- Description: Miscellaneous receipts and documents

ITEM # _____
- Primary Location: Upstairs bathroom
- Specific Location: Towel holder
- Description: Small 'V' purse with 4 empty plastic bags, 3 plastic bags with granular substance

ITEM # _____
- Primary Location: Dining room
- Specific Location: Box addressed to Bill Sloss containing 'Yaco' ports
- Description: Mouse and mouse pad

ITEM # _____
- Primary Location: Dining Room
- Specific Location: Box addressed to Anton Bakller containing
- Description: Canon EOS Rebel XT camera and original packaging

ITEM # _____
- Primary Location: Dining Room
- Specific Location:
- Description: Empty box addressed to Jonathan Crosby

ITEM # _____
- Primary Location: Dining Room
- Specific Location: Blue glass bong with green leafy substance
- Description: in the pipe

ITEM # _____
- Primary Location: Backyard
- Specific Location: Recycle container
- Description: Miscellaneous mail in various names

Page 1 of 2

M. Blackman
PREPARER'S NAME

# UNITED STATES POSTAL INSPECTION SERVICE

# SEARCH WARRANT INVENTORY

The following list constitutes an official inventory of items seized from
241 14th Pl NE, Washington DC 20002
(NAME / ADDRESS / DESCRIPTION OF PREMISES, VEHICLE, PERSON)

on 1/12/06 at 4:30 AM/PM as a result of a search warrant issued by the U.S. District Court, Washington DC, District of Columbia

Case No. 06-005M-01

ITEM # _____
- Primary Location: Master Bedroom
- Specific Location: Drawer under waterbed
- Description: Box with 14 rounds of 38 special ammunition

ITEM # _____
- Primary Location: Dining Room
- Specific Location:
- Description: Dell Dimension 3000 (N0T6452 T0821946 79B50) Computer

ITEM # _____
- Primary Location: Dining Room
- Specific Location:
- Description: Miscellaneous documents

ITEM # _____
- Primary Location: Dining Room
- Specific Location:
- Description: ASUS A8N-SLI motherboard — Add item

ITEM # _____
- Primary Location: Dining Room
- Specific Location:
- Description: Casio EX-Z57 Digital Camera — Add item

ITEM # _____
- Primary Location:
- Specific Location:
- Description:

ITEM # _____
- Primary Location:
- Specific Location:
- Description:

ITEM # _____
- Primary Location:
- Specific Location:
- Description:

Page 2 of 2

M. Blackmon
PREPARER'S NAME

DISTRIBUTION: WHITE-U.S. DISTRICT COURT   YELLOW-INSPECTOR   PINK-RECIPIENT